LAURA STEVEN, Respondent, *v.* JOHN B. LORD, as Executor, etc., Appellant.*

(Argued May 21, 1895; decided June 4, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 11, 1895, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Thenford Woodhull* for appellant.

*Jasper W. Gilbert* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

----

RICHARD BISHOP, as Administrator, etc., Appellant, *v.* HELEN E. HENDRICK, Respondent.†

(Argued May 23, 1895; decided June 11, 1895.)

APPEAL from orders of the General Term of the Supreme Court in the third judicial department, made December 4, 1894, one of which modified and affirmed, as modified, an order of Special Term overruling and sustaining certain exceptions to the report of a referee and modifying and confirming said report, and the other of which reversed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John C. Keeler* for appellant.

*D. G. Griffin* for respondent.

Agree to affirm on opinion below.
All concur.
Orders affirmed.

----

* Reported below, 84 Hun, 353.    † Reported below, 82 Hun, 323.